## Repsher *v.* Repsher, Appellant.

 opinion by PALMER, P. J. Argued June
10, 1975. *Franklin S. Van Antwerpen,* with him *Hemstreet, Smith and Van Antwerpen,* for appellant; *Bernard V. O'Hare,* with him *George A. Heitczman,* and
*O'Hare & Heitczman,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.